# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| SEITEL DATA, LTD., | : No. 11 WAP 2014 |
| Appellant | : |
| v. | : |
| CENTER TOWNSHIP AND CENTER TOWNSHIP BOARD OF SUPERVISORS, | : |
| Appellees | : |

| | |
|---|---|
| SEITEL DATA, LTD., | : No. 12 WAP 2014 |
| Appellant | : |
| v. | : |
| SHIPPINGPORT BOROUGH AND SHIPPINGPORT BOROUGH COUNCIL, | : |
| Appellees | : |

| | |
|---|---|
| SEITEL DATA, LTD., | : No. 13 WAP 2014 |
| Appellant | : |
| v. | : |
| GREENE TOWNSHIP AND GREENE TOWNSHIP BOARD OF SUPERVISORS, | : |
| Appellees | : |

# ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2015, the Application to Dismiss (filed on April 21, 2014) is **GRANTED**.  The Motion to Quash and/or Dismiss Appeals as Moot, the Application to Dismiss (filed on January 20, 2015), and the Application for Oral Argument are **DISMISSED AS MOOT.**